IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 04-267
)
SUZANNE CZWALGA ANDRE )
a/k/a Suzanne Czwalga )

ORDER OF COURT

AND NOW, this ____ day of October, 2005, upon due consideration of defendant's motion in limine for disclosure of exculpatory evidence (Document 52) and the government's response, whereby the government acknowledged its obligations under Brady v. Maryland, 373 U.S. 83 (1963) but indicated that it is unaware of any such evidence pertaining to defendant in this case, IT IS ORDERED that defendant's motion be, and the same hereby is, DENIED. However, should the government become aware of any such information, it shall disclose such information to defendant promptly upon receipt.

_____
United States District Judge

cc:   Brendan T. Conway
      Assistant U.S. Attorney

      William O. Schmalzried, Esq.
      Suite 619, Corporate Center
      One Bigelow Square
      Pittsburgh, PA  15219

AO 72A
(Rev.8/82)